IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01270-WYD-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$7,660.00 IN UNITED STATES CURRENCY,

    Defendant.

STEPHANIE OTERO,

    Claimant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Claimant's **Unopposed Motion to Appear by Telephone** [#16] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#16] is **GRANTED**. Accordingly,

    IT IS FURTHER **ORDERED** that Claimant's counsel may appear by telephone at the Status Conference on September 10, 2014 at 10:00 a.m. by dialing the Court at **303-335-2770**. If any other parties are granted leave to appear telephonically, these parties must initiate a conference call between themselves and Claimant's counsel before dialing the Court.

    Dated: September 4, 2014