IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01270-WYD-KLM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

$7,660.00 IN UNITED STATES CURRENCY,

     Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on Plaintiff's **Unopposed Motion to Lift Stay** [#26] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#26] is **GRANTED**.  The stay imposed in this matter on December 2, 2014, is **LIFTED**.

     Dated:  January 14, 2015