IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-01270-KLM

UNITED STATES OF AMERICA,

  Plaintiff,

v.

$7,660.00 IN UNITED STATES CURRENCY,

  Defendant.
_____

## FINAL JUDGMENT

  Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Final Order of Forfeiture entered by the Honorable Judge Kristen L. Mix, the following JUDGMENT is hereby entered:

  1. That forfeiture of $6,128.00 of defendant $7,660.00 in United States currency including all right, title, and interest is hereby entered in favor of the United States pursuant to 21 U.S.C. § 881.

  2. That the United States shall have full and legal title as to the above described defendant assets and may dispose of said assets in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

  3. That Final Order of Forfeiture shall serve as a Certificate of Reasonable Cause as to all defendant property under 28 U.S.C. § 2465.

4. Per the parties' settlement agreement, the parties have waived their entitlement to costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Done at Denver, Colorado this  21st  day of    January   , 2015.

                        JEFFREY P. COLWELL
                        Clerk of the U.S. District Court

          By:   s/M. Ortiz
                        Deputy Clerk